INT THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINA SUTTMAN-VILLARS,
An individual,

    Plaintiff,

                                      NO. 1:20cv00778  KG/JFR

vs.

ARGON MEDICAL DEVICES, INC.,
REX MEDICAL, INC., d/b/a REX MEDICAL, L.P.
and REX MEDICAL, L.P.,

    Defendants.

**ORDER GRANTING
DEFENDANT ARGON MEDICAL DEVICES, INC.'S UNOPPOSED MOTION
TO EXTEND THE TIME TO FILE ITS REPLY BRIEF IN SUPPORT
OF DEFENDANT'S MOTION TO DISMISS**

THIS MATTER having come before the Court on Defendant Argon Medical Devices, Inc.'s Unopposed Motion to Extend the Time to File Its Reply Brief in Support of Defendant's Motion to Dismiss and the Court having considered the Motion finds good cause to grant the motion.

IT IS THEREFORE ORDERED that Defendant Argon Medical Devices, Inc. has an extension to January 12, 2021, to file its Reply Brief in Support of Defendant's Motion to Dismiss.

_____
UNITED STATES DISTRICT JUDGE