IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTINA SUTTMAN-VILLARS,
an individual,

    Plaintiff,

v.                                               No. CV 20-0778 KG/JFR

ARGON MEDICAL DEVICES, INC.,
REX MEDICAL, INC. d/b/a,
REX MEDICAL, L.P. and REX
MEDICAL, L.P.,

    Defendants.

ORDER DENYING MOTION TO WITHDRAW

Lewis Brisbois Bisgaard & Smith, LLP, counsel for Rex Medical, Inc. d/b/a Rex Medical, L.P., and Rex Medical L.P. filed a motion to withdraw as counsel on November 10, 2022. (Doc. 50). The Motion fails to comply with D.N.M.LR-Civ. 83.8(b) in that it states counsel "will serve" a copy of the Motion on Rex Medical, but provides no proof of such service or other contact information for Rex Medical. Thus, the Court cannot be assured that Rex Medical received a copy of the Motion and required notices. For this reason, the Motion is denied without prejudice. Counsel may, if it chooses, refile a fully compliant motion to withdraw.

    IT IS SO ORDERED.

                                                                                                UNITED STATES DISTRICT JUDGE